[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 1215.]

WILMINGTON CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLANT AND CROSS-APPELLEE, *v*. CLINTON COUNTY BOARD OF COMMISSIONERS, APPELLEE, ET AL.; ABX AIR, INC. ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *Wilmington City School Dist. Bd. of Edn. v. Clinton Cty. Bd. of Commrs.*, 2001-Ohio-170.]

*Appeal and cross-appeal dismissed as improvidently allowed.*

(No. 00-1304—Submitted April 4, 2001 at the Lawrence County Session—Decided July 5, 2001.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Clinton County, No. CA99-12-37.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Means, Bichimer, Burkholder & Baker Co., L.P.A., Robert M. Morrow* and *Sherrille D. Akin*, for appellant and cross-appellee.

*William C. Peele*, Clinton County Prosecuting Attorney, and *Thayne D. Gray*, Assistant Prosecuting Attorney, for appellee Clinton County Board of Commissioners.

*Vorys, Sater, Seymour & Pease L.L.P., Daniel J. Buckley, Carol Mahaffey* and *Mary C. Henkel*, for appellee and cross-appellant ABX Air, Inc.

*Coolidge, Wall, Womsley & Lombard Co., L.P.A., Roger J. Makley* and *Dina M. Cary*, for appellee and cross-appellant Miller-Valentine Partners, Ltd.

*Bricker & Eckler L.L.P.* and *Kimball H. Carey*, for *amicus curiae*, Ohio School Boards Association.

_____